# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00349-CV

**In re Robert Lee Martin**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Robert Lee Martin filed a petition for writ of mandamus[1] raising various complaints against Travis County District Clerk Velva Price. However, as an intermediate appellate court, we may issue writs of mandamus only against a district judge or county judge sitting in our district, or to enforce our jurisdiction, none of which are implicated here. *See* Tex. Gov't Code § 22.221(b); *In re Simpson*, 997 S.W.2d 939 (Tex. App.—Waco 1999, orig. proceeding); *In re Strickhausen*, 994 S.W.2d 936 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding).

The petition for writ of mandamus is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Filed: June 15, 2016

---

[1] Martin captioned this filing as an appeal but no trial court order or judgment is challenged here, only complaints against the district clerk. Thus, we consider his filing as a mandamus petition.